UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SCOTT RICHARD PRICE,<br><br>Plaintiff. | Case No. 22-cv-07370 BLF<br><br>**ORDER OF DISMISSAL** |

On November 22, 2022, Plaintiff, proceeding *pro se*, filed several state forms which the Clerk's office construed as an attempt to file a complaint pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On the same day, the Clerk sent Plaintiff a notice informing him that he must file a complaint on the proper form within twenty-eight days or the action would be dismissed. Dkt. No. 3. A blank complaint form and postage-paid return envelope were enclosed with the notice. *Id.* The Clerk also sent a separate notice informing Plaintiff that he needed to either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days to avoid dismissal. Dkt. No. 4. Lastly, Plaintiff was also notified that this matter was assigned to a magistrate judge, and that he must complete and file a form indicating either his consent or declination to proceed before a magistrate judge. Dkt.

No. 5.  This matter was reassigned to this Court on January 3, 2023.  Dkt. Nos. 6, 7.

The deadline to file a response to the Clerk's notices regarding the filing of a proper complaint and IFP application have passed without a response from Plaintiff.  Accordingly, this action is **DISMISSED** without prejudice for failure to file a proper complaint and pay the filing fee.  The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  __**January 4, 2023**_____

*[signature]*

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.22\07370Price_dis-ifp-compl.

2