UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SCOTT RICHARD PRICE, <br> Plaintiff. | Case No. 22-cv-07370 BLF <br> **JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file a proper complaint and pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  ___**January 4, 2023**____

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.22\07370Price_judgment